UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>C. RASEY,<br><br>        Defendant. | Case No.   1:21-cv-0203 JLT EPG<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS AND DIMISSING CASE WITHOUT PREJUDICE<br><br>(Doc. 37) |

On February 23, 2022, the assigned magistrate judge determined that Plaintiff failed to prosecute the action and did not comply with the Court's orders. (Doc. 37.) Therefore, the magistrate judge recommended this case be dismissed, without prejudice. (*Id.* at 4.) The Findings and Recommendations permitted the parties fourteen days to file any objections. (*Id.*) To date, no objections have been filed by either party and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations dated February 23, 2022 (Doc. 37) are **ADOPTED**.

    2.    This case is **DISMISSED** without prejudice.

3. Defendant's motion for summary judgment (Doc. 34) is terminated as moot; and

4. The Clerk of Court is directed to close this case, as this order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated: __**March 29, 2022**__

UNITED STATES DISTRICT JUDGE